[No. 47945-8-I.   Division One.   July 15, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ARRICK GENNIEL PORTER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-07490-1, Douglass A. North, J., entered December 26, 2000. *Affirmed* by unpublished opinion per Agid, J., concurred in by Baker, J.; Becker, C.J., dissenting.

[No. 48234-3-I.   Division One.   July 15, 2002.]

*In the Matter of the Dependency of* J.H.
JOLENE HANEL, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-7-00232-4, James A. Doerty, J., entered March 23, 2001. *Reversed* by unpublished opinion per Schindler, J., concurred in by Becker, C.J., and Grosse, J.

[No. 48673-0-I.   Division One.   July 15, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY L. JORDAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-05417-0, Philip G. Hubbard, Jr., J., entered June 8, 2001. *Affirmed in part, reversed in part,* and *remanded* by unpublished per curiam opinion.

[No. 48777-9-I.   Division One.   July 15, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM RAY JONES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-09275-6, Dale B. Ramerman, J., entered June 8, 2001. *Affirmed* by unpublished per curiam opinion.